IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| TREMANE DARNELL CARTHEN, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | CASE NO. 2:19-CV-593-WKW |
| ) | [WO] |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |

## **ORDER**

Upon consideration of Petitioner's motions for extension of time to file objections to the Recommendation of the Magistrate Judge (Docs. # 63, 64), it is ORDERED that the motions are GRANTED.

Accordingly, it is ORDERED that the Order and Final Judgment (Docs. # 61, 62) are VACATED.

DONE this 22nd day of June, 2022.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE