IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| TREMANE DARNELL CARTHEN, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:19-CV-593-WKW |
| | ) | [WO] |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

## **ORDER**

Before the court is Petitioner's *pro se* Motion to Appeal the § 2255 Order Denying COA and Final Judgment. (Doc. # 74.) A motion is not required for Petitioner to file a Notice of Appeal; hence, the motion will be construed as a Notice of Appeal.

Rule 4(a)(1)(B)(i) of the Federal Rules of Appellate Procedure governs the time for Petitioner to file a notice of appeal: "The notice of appeal may be filed by any party within 60 days after entry of the judgment or order appealed from if one of the parties is . . . the United States." Fed. R. App. P. 4(a)(1)(B)(i). Additionally, a motion to alter or amend the judgment under Rule 59(e) of the Federal Rules of Civil Procedure suspends the time to file an appeal until the entry of the order "disposing of" the motion. Fed. R. App. P. 4(a)(4)(A)(iv).

Judgment was entered on June 22, 2022 (Doc. # 69), and the certificate of appealability was denied on the same date (Doc. # 68). Additionally, Petitioner's Rule 59(e) motion to alter or amend the judgment was denied on August 10, 2022. (Doc. # 72.) Petitioner filed Motion to Appeal the § 2255 Order Denying COA and Final Judgment on August 18, 2022.[1] (Doc. # 74.) He filed his motion fifty-seven days after entry of the judgment and the order denying him a certificate of appealability (COA) and eight days after the order denying his Rule 59(e) motion. Because his appeal is timely, no motion is needed.

Accordingly, it is ORDERED that the Clerk of the Court construe Petitioner's Motion to Appeal the § 2255 Order Denying COA and Final Judgment (Doc. # 74) as a Notice of Appeal of the Final Judgment and the Order denying Petitioner a Certificate of Appealability.

DONE this 2nd day of September, 2022.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE

---

[1] Under the prison mailbox rule, Petitioner's Motion to Appeal the § 2255 Order Denying COA and Final Judgment is deemed filed on August 18, 2022. *See Williams v. McNeil*, 557 F.3d 1287, 1290 n.2 (11th Cir. 2009) ("Under the 'prison mailbox rule,' a *pro se* prisoner's court filing is deemed filed on the date it is delivered to prison authorities for mailing."); *see also* Fed. R. App. P. 4(c).