IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

TREMANE DARNELL CARTHEN,      )
                              )
            Petitioner,       )
                              )
        v.                    )      CASE NO. 2:19-CV-593-WKW
                              )                [WO]
UNITED STATES OF AMERICA,     )
                              )
            Respondent.       )

## ORDER

Before the court is Petitioner's motion for leave to appeal *in forma pauperis*. (Doc. # 79.)  The motion is due to be denied.

28 U.S.C. § 1915(a) provides that "[a]n appeal may not be taken *in forma pauperis* if the trial court certifies in writing that it is not taken in good faith."  In making this determination as to good faith, the court must use an objective standard, such as whether the appeal is "frivolous," *Coppedge v. United States*, 369 U.S. 438, 445 (1962), or "has no substantive merit," *United States v. Bottoson*, 644 F.2d 1174, 1176 (5th Cir. Unit B May 1981) (per curiam).

Applying this standard, the court is of the opinion that Petitioner's appeal is without a legal or factual basis and, accordingly, is frivolous and not taken in good faith.  *See Rudolph v. Allen*, 666 F.2d 519, 520 (11th Cir. 1982) (per curiam).

Accordingly, it is ORDERED that Petitioner's motion for leave to appeal *in forma pauperis* (Doc. # 79) is DENIED.

DONE this 4th day of November, 2022.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE